IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLEN ENGLE, | : | |
| | : | |
| Plaintiff, | : | Case No.: 2:21-cv-01278-NBF |
| | : | |
| v. | : | |
| | : | |
| GREAT LAKES COLD LOGISTICS, INC., | : | |
| | : | Judge Nora Barry Fischer |
| Defendant. | : | |
| | : | |
| | : | |

## JOINT STATUS REPORT

1. On November 21, 2021, Plaintiff served its first set of Interrogatories and Requests for Production on Defendant via email.

2. On December 22, 2021, Defendant requested an extension of time to respond to Plaintiff's first set of Interrogatories and Requests for Production to January 28, 2022. Plaintiff consented to the extension.

3. On January 11, 2022, Defendant served its first set of Interrogatories and Requests for Production on Plaintiff via email.

4. Plaintiff and Defendant have agreed to postpone the exchange of all discovery responses until April 6, 2022, as the parties are working diligently to come to a voluntary resolution of the matter.

5. Additionally, a remote mediation is scheduled in the above referenced for March 16, 2022, at 10:00AM EST in front of the Honorable Kenneth J. Benson. *See* ECF 18.

Dated: January 31, 2022

Respectfully submitted,

/s/ Joshua P. Ward, Esquire
Counsel for Plaintiff
Pa I.D. No. 320347
J.P. Ward & Associates, LLC.
The Rubicon Building
201 S. Highland Avenue, Suite 201
Pittsburgh, PA  15206
(412) 545-3015
jward@jpward.com

/s/ A. Jack Fincklea III, Esquire
Counsel for Defendant
Scopelitis Garvin Light Hanson & Feary, P.C.
10 W. Market Street, Suite 1400
Indianapolis, IN 46204
(317) 459-4502
jfinklea@scopelitis.com