**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GLEN ENGLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-1278 |
| | ) | |
| GREAT LAKES COLD LOGISTICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## O R D E R

AND NOW, this 22nd day of March, 2022, the Court having been advised by counsel for

the parties that the above captioned case has been resolved and that the only matters remaining to

be completed are the payment of the settlement proceeds, if any, and the submission of a

stipulation for dismissal under Fed.R.Civ.P. 41(a), and, it appearing that there is no further action

required by the Court at this time;

IT IS HEREBY ORDERED, that the Clerk mark the above-captioned case closed; that

nothing contained in this Order shall be considered a dismissal or disposition of this action, and,

that should further proceedings therein become necessary or desirable, either party may initiate

them in the same manner as if this Order had not been entered, and,

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to

consider any issue arising during the period when settlement is being finalized, including, but

not limited to, enforcing settlement.

BY THE COURT:


<u>s/Nora Barry Fischer</u>
Nora Barry Fischer
Senior United States District Judge


cc/ecf: counsel of record