IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLEN ENGLE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No.: 2:21-cv-01278-NBF |
| | : |
| GREAT LAKES COLD LOGISTICS, INC. | : |
| | : |
| Defendant. | : |
| | : |
| | : |

**STIPULATION TO DISMISS CASE WITH PREJUDICE**

On consent of the parties and counsel, kindly dismiss this case with prejudice pursuant to Fed.R.Civ.P. 41 (a)(1)(ii). Each party is to bear its own fees and costs.

| **J.P. WARD & ASSOCIATES, LLC.:** | **SCOPELITIS GARVIN LIGHT HANSON & FEARY. PC:** |
|---|---|
| /s/ Joshua P. Ward | /s/ A. Jack Finklea |
| Joshua P. Ward, Esquire | A. Jack Finklea, Esquire |
| PA ID # 320347 | IN ID # 22212-49 |
| J. P. Ward & Associates, LLC | Scopalites Garvin Light Hanson & Feary, PC |
| 201 South Highland Ave. | 10 West Market |
| Suite 201 | Suite 1400 |
| Pittsburgh, PA 15206 | Indianapolis, IN 46204 |
| (412)545-3016 | (317)687-2414 |
| jward@jpward.com | jfinklea@scopelitis.com |